UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM WIGGIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:13-cv-00081-JAW |
| | ) |
| AETNA LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed October 7, 2013 (ECF No. 28), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Defendant's Motion for Judgment (ECF No. 25) be and hereby is GRANTED and the Plaintiff's Motion for Judgment (ECF No. 24) be and hereby is DENIED.

SO ORDERED.

       /s/ John A. Woodcock, Jr.
       JOHN A. WOODCOCK, JR.
       CHIEF UNITED STATES DISTRICT JUDGE

Dated this 27th day of November, 2013